# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TELCOM VENTURES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Case No. 2:24-cv-691<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF KIRK T. BRADLEY

Notice is hereby given that the undersigned attorney, Kirk T. Bradley of Alston & Bird LLP, enters his appearance in this matter as counsel for Plaintiff Telcom Ventures LLC for purposes of receiving notices and orders from the Court.

Dated: August 21, 2024

Respectfully submitted,

*/s/ Kirk T. Bradley*
Kirk T. Bradley (NC 26490)
**Alston & Bird LLP**
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: kirk.bradley@alston.com

*Counsel for Plaintiff Telcom Ventures LLC*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this day, a true and correct copy of the foregoing document was served by filing the same via the Court's CM/ECF system, which will provide notice of the filing of same to all counsel of record.

| | |
|---|---|
| Dated: August 21, 2024 | */s/ Kirk T. Bradley*<br>Kirk T. Bradley |