# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TELCOM VENTURES LLC,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | Case No. 2:24-cv-00691-JRG |

## JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER

Plaintiff Telcom Ventures LLC ("Plaintiff" or "Telcom") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Samsung") (collectively, "the parties") hereby jointly submit this motion seeking entry of the Agreed Docket Control Order, attached hereto as Exhibit A.

Although all the proposed dates are agreed-to by the parties, the parties note for the Court that their proposal modifies the asterisked dates for the filing of the Proposed Protective Order and to comply with Paragraphs 1 & 3 of the Discovery Order. Under the dates provided by the Court, the deadline to file the Proposed Protective Order and to comply with Paragraphs 1 & 3 of the Discovery Order is Friday, November 29, 2024. The parties anticipate there may be conflicts with that date given the Thanksgiving holiday and, in light of Samsung's continued efforts to obtain national counsel, request to push that date back to Wednesday, December 11, 2024. The parties believe good cause to modify the schedule exists to avoid conflicts with the holiday, in light of ongoing logistical concerns, and because the parties' proposed deadline would not impact any other dates on the procedural schedule.

Dated: November 21, 2024

Respectfully submitted,

*/s/ Kirk T. Bradley*
Kirk T. Bradley (NC 26490)
Karlee N. Wroblewski (NC 55043)
Mary I. Riolo (NC 59644)
**Alston & Bird LLP**
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: kirk.bradley@alston.com
Email: karlee.wroblewski@alston.com
Email: mary.riolo@alston.com

Theodore Stevenson, III (TX 19196650)
Jacob W. Young (TX 24131943)
**Alston & Bird LLP**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3507
Facsimile: (214) 922-3899
Email: ted.stevenson@alston.com
Email: jacob.young@alston.com

**ATTORNEYS FOR PLAINTIFF TELCOM VENTURES LLC**

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

**ATTORNEY FOR DEFENDANTS SAMSUNG ELECTRONICS COMPANY, LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing document was served by filing the same via the Court's CM/ECF system, which will provide notice of the filing of same to all counsel of record.

Dated: November 21, 2024          */s/ Kirk T. Bradley*
                                                      Kirk T. Bradley

## CERTIFICATE OF CONFERENCE

I hereby certify that prior to filing this motion, counsel for Telcom conferred with counsel for Samsung. The Motion is unopposed.

Dated: November 21, 2024          */s/ Kirk T. Bradley*
                                                      Kirk T. Bradley