IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TELCOM VENTURES LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD. | § | CIVIL ACTION NO. 2:24-CV-691-JRG |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Claim Construction and Prehearing Statement (Dkt. No. 67) filed by Plaintiff Telcom Ventures LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. In the Statement, the parties represent that "there are no disputed claim terms for which either party seeks construction." (*Id.* at 1). For that reason, "the parties believe that a Claim Construction Hearing is not necessary and should be canceled." (*Id.* at 2).

Having considered the Statement, and noting that it was filed jointly, the Court finds that the Claim Construction Hearing in the above-captioned case set for December 3, 2025, should be and hereby is **CANCELED**. In reliance on the Parties' express representations, the Court directs the Parties not to submit (at any later date) any claim term disputes for the Court's consideration without prior express leave based upon a clear showing as to why the Parties' representations, which the Court has relied upon, are no longer reliable or trustworthy.

**So ORDERED and SIGNED this 12th day of November, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE